IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOUIS VASQUEZ, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:20-cv-00001-FB |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION AND SCHANDRA | § | |
| COLEMAN, | § | |
| | § | |
| DEFENDANT. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Louis Vasquez, files this Certificate of Interested Persons and states that the following parties are interested in the outcome of this litigation:

1. **Plaintiff**: Louis Vasquez;

2. **Plaintiff's Counsel**: Attorneys with Daly & Black, P.C.;

3. **Defendants**: Liberty Insurance Corporation and Schandra Coleman;

4. **Defendants' Counsel**: David R. Stephens & Kelly Moynihan at Lindow Stephens Treat LLP, One Riverwalk Place 700 N. St. Mary's Street, Suite 1700, San Antonio, Texas 78205.

**[SIGNATURE ON NEXT PAGE]**

Respectfully submitted,

**DALY & BLACK, P.C.**

By: */s/ James W. Willis*
Richard D. Daly
TBA No. 00796429
rdaly@dalyblack.com
James W. Willis
TBA No. 24088654
jwillis@dalyblack.com

**Daly & Black, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
ecfs@dalyblack.com (service)
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

David R. Stephens
Kelly Moynihan
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210)227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
kmoynihan@lstlaw.com
**ATTORNEY FOR DEFENDANT**

By: */s/ James W. Willis*
James W. Willis